**JS-6**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MILENA LISETH MORALES URBINA; GEFM, a minor; and VSVM, a minor, and Mónica Dominick Ramirez, as Next Friends of MILENA LISETH MORALES URBINAMs. Morales Urbina and GEFM<br><br>Plaintiff / Petitioner,<br><br>v.<br><br>ANGIE SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; ALEX J. ADAMS, in his official capacity as Assistant Secretary for the Administration of Children and Families; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the Department of Health and Human Services; JANE DOE, in her official capacity as Federal Field Specialist, Office of Refugee Resettlement; TODD BLANCHE, Acting Attorney General of the US Department of Justice; MARKWAYNE MULLIN, Acting Secretary of the Department of Homeland Security; and ERNESTO SANTACRUZ, JR., in his official capacity as Acting Field Office Director of ICE Enforcement and Removal Operations, Los Angeles Field Office<br><br>Defendants / Respondents. | Case No. 2:26-cv-4108-DTB<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**<br><br>**NOTE CHANGES MADE BY THE COURT** |

THIS MATTER comes before the Court on Petitioner's Petition For Appointment Of Petitioner Milena Liseth Morales Urbina As Guardian Ad Litem For Petitioners GEFM And VSVM, in Response to Clerk's Order Dated April 17, 2026, and Motion For Leave To Dismiss Petition For Writ Of Habeas Corpus Under Local Rule 17-1.2. Having considered the petition, the motion, and exhibit in support thereof, and any subsequent submissions related to the motion, the Petition for Writ of Habeas Corpus, and the applicable law, the Court ORDERS as follows:

1. Petitioner Ms. Morales' Petition to be recognized as guardian for Petitioners GEFM and VSVM, under FRCP Rule 17(1)(A), is granted, obviating the need for a guardian ad litem under Rule 17(2) and Local Rule 17-1.1 is GRANTED; and
2. Petitioners' Motion for leave to dismiss this Petition for Habeas Corpus is GRANTED and this action is DISMISSED without prejudice.

It is so ORDERED.

DATED this 21st day of April, 2026.

UNITED STATES MAGISTRATE JUDGE
DAVID T. BRISTOW